UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOTILDE B. BATALON,<br>  Plaintiff,<br>v.<br>STATE OF CALIFORNIA,<br>  Defendant. | Case No.  13-0622 JST (PR)<br><br>**ORDER OF DISMISSAL** |

This pro se civil action was filed on February 13, 2013.  On that date, the Court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application.  Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action.  Plaintiff did not pay the filing fee or file a completed in forma pauperis application, and the deadline by which to do so has passed.  For the foregoing reasons, this action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application.

The Clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: April 5, 2013

_____
JON S. TIGAR
United States District Judge